**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  SLAUGHTER, MICHAEL C., JR.           §   Case No. 17-27277
                                              §
                                              §
                                              §
            Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 09/12/2017. The undersigned trustee was appointed on 09/12/2017.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4. The trustee realized the gross receipts of          $        4,600.00

        Funds were disbursed in the following amounts:

        Payments made under an
          interim distribution                                      0.00
        Administrative expenses                                     1.05
        Bank service fees                                         100.00
        Other payments to creditors                                 0.00
        Non-estate funds paid to 3rd Parties                        0.00
        Exemptions paid to the debtor                               0.00
        Other payments to the debtor                                0.00

        Leaving a balance on hand of[1]              $        4,498.95

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 01/18/2018 and the deadline for filing governmental claims was 03/11/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,150.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $1,150.00, for a total compensation of $1,150.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $3.29 for total expenses of $3.29[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/20/2018                      By: /s/ Richard M. Fogel
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

    [2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 17-27277
**Case Name:** SLAUGHTER, MICHAEL C.JR.
**For Period Ending:** 12/20/2018

**Trustee Name:** (330720) Richard M. Fogel
**Date Filed (f) or Converted (c):** 09/12/2017 (f)
**§ 341(a) Meeting Date:** 10/17/2017
**Claims Bar Date:** 01/18/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | HOUSEHOLD GOODS AND FURNISHING<br>EXEMPT | 1,000.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>Savings account: USAA- EXEMPT | 10.92 | 0.00 | | 0.00 | FA |
| 3 | AUTOMOBILES AND OTHER VEHICLES<br>2011 Jeep Grand Cherokee, 80000 miles- Trustee was authorized to sell right, title and interest in equity in vehicle to debtor on installment basis per o/c 11-28-17 | 12,000.00 | 5,815.00 | | 4,600.00 | FA |
| 4 | BANK ACCOUNTS<br>Checking account: Navy Federal Credit Union- INCONSEQUENTIAL VALUE | (155.24) | 0.00 | | 0.00 | FA |
| 5 | ELECTRONICS<br>Television, lap top, smart phone- EXEMPT | 350.00 | 0.00 | | 0.00 | FA |
| 6 | AUTOMOBILES AND OTHER VEHICLES<br>2016 Harley Softail Motorcycle- FULLY ENCUMBERED | 15,000.00 | 0.00 | | 0.00 | FA |
| 7 | WEARING APPAREL<br>EXEMPT | 500.00 | 0.00 | | 0.00 | FA |
| 8 | CASH<br>EXEMPT | 20.00 | 0.00 | | 0.00 | FA |
| 9 | BANK ACCOUNTS<br>Checking account: USAA- EXEMPT | 1,925.94 | 0.00 | | 0.00 | FA |
| 10 | FIREARMS<br>3030 Marlin Rifle- EXEMPT | 200.00 | 0.00 | | 0.00 | FA |
| 11 | BANK ACCOUNTS<br>Savings account: Navy Federal Credit Union- EXEMPT | 1.03 | 0.00 | | 0.00 | FA |
| 12 | RESIDENCE, BUILDING, LAND<br>4960 Hwy 140 W, Puryear, TN: Listed by mistake. Schedule amended 9-29-17. | 190,568.00 | 0.00 | | 0.00 | FA |
| **12** | **Assets Totals (Excluding unknown values)** | **$221,420.65** | **$5,815.00** | | **$4,600.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/18- Trustee was authorized to settle dispute with debtor regarding non-exempt property. Final installment payment is due September 2018.

**Initial Projected Date Of Final Report (TFR):** 12/31/2018     **Current Projected Date Of Final Report (TFR):** 12/31/2018

**Form 2**

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-27277 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | SLAUGHTER, MICHAEL C.JR. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7588 | Account #: | ******3800 Checking |
| For Period Ending: | 12/20/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/01/17 | {3} | Michael Slaughter | Initial payment for equity in vehicle, per o/c 11-28-17 | 1129-000 | 1,000.00 | | 1,000.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 990.00 |
| 01/02/18 | {3} | Michael C Slaughter | Installment payment | 1129-000 | 360.00 | | 1,350.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,340.00 |
| 02/02/18 | {3} | Michael C Slaughter | Installment payment | 1129-000 | 360.00 | | 1,700.00 |
| 02/08/18 | 101 | International Sureties, Ltd. | 2018 bond premium #016073584 | 2300-000 | | 1.05 | 1,698.95 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,688.95 |
| 03/02/18 | {3} | Michael C Slaughter | Installment payment | 1129-000 | 360.00 | | 2,048.95 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,038.95 |
| 04/02/18 | {3} | Michael Slaughter | Installment payment | 1129-000 | 360.00 | | 2,398.95 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,388.95 |
| 05/03/18 | {3} | Michael Slaughter | Installment payment | 1129-000 | 360.00 | | 2,748.95 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,738.95 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,728.95 |
| 07/11/18 | {3} | Michael Slaughter | Installment payment | 1129-000 | 360.00 | | 3,088.95 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,078.95 |
| 08/03/18 | {3} | Michael Slaughter | Installment payment | 1129-000 | 360.00 | | 3,438.95 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,428.95 |
| 09/18/18 | {3} | Michael Slaughter | Installment payment | 1129-000 | 360.00 | | 3,788.95 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,783.95 |
| 10/03/18 | {3} | Michael Slaughter | Final payment | 1129-000 | 720.00 | | 4,503.95 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 4,498.95 |
| | | | **Page Subtotals:** | | **$4,600.00** | **$101.05** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-27277 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | SLAUGHTER, MICHAEL C.JR. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7588 | Account #: | ******3800 Checking |
| For Period Ending: | 12/20/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 4,600.00 | 101.05 | $4,498.95 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 4,600.00 | 101.05 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $4,600.00 | $101.05 | |

*{ } Asset Reference(s)*     UST Form 101-7-TFR (5/1/2011)                    *! - transaction has not been cleared*

**Form 2**

Exhibit B

Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** 17-27277 | | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** SLAUGHTER, MICHAEL C.JR. | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** **-***7588 | | **Account #:** | ******3800 Checking |
| **For Period Ending:** 12/20/2018 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3800 Checking | $4,600.00 | $101.05 | $4,498.95 |
| | **$4,600.00** | **$101.05** | **$4,498.95** |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Exhibit C

**Case: 17-27277**  **MICHAEL C SLAUGHTER, JR.**

Claims Bar Date: 01/18/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>10/03/18 | | $1,150.00<br>$1,150.00 | $0.00 | $1,150.00 |
| TE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>11/05/18 | | $3.29<br>$3.29 | $0.00 | $3.29 |
| 1P | INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>11/03/17 | | $6,330.32<br>$6,330.32 | $0.00 | $6,330.32 |
| 1U | INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/03/17 | | $1,051.48<br>$1,051.48 | $0.00 | $1,051.48 |
| 2 | Real Time Resolutions, Inc.<br>1349 Empire Central Drive, Suite #150<br>Dallas, TX 75247-4029<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/06/17 | | $202,447.57<br>$202,447.57 | $0.00 | $202,447.57 |
| 3 | AmeriCredit Financial Services, Inc., dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/16/17 | | $11,827.66<br>$11,827.66 | $0.00 | $11,827.66 |

## Exhibit C

## Exhibit C

**Case: 17-27277**  MICHAEL C SLAUGHTER, JR.

Claims Bar Date: 01/18/18

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Verizon by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/15/17 | | $230.28<br>$230.28 | $0.00 | $230.28 |
| 5 | Quantum3 Group LLC as agent for Wollemi Acquisitions LLC<br>PO Box 788,<br>Kirkland, WA 98083-0788<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/04/18 | | $20,792.27<br>$20,792.27 | $0.00 | $20,792.27 |
| 6 | PYOD, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/05/18 | | $339.22<br>$339.22 | $0.00 | $339.22 |
| 7 | Army & Air Force Exchange Services<br>Attention: GC-G<br>3911 S. Walton Walker Blvd.<br>Dallas, TX 75236<br><7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims><br>, 620 | Unsecured<br>03/12/18 | | $1,045.92<br>$1,045.92 | $0.00 | $1,045.92 |
| | | | **Case Total:** | | **$0.00** | **$245,218.01** |

**UST Form 101-7-TFR (5/1/2011)**

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-27277
Case Name: MICHAEL C SLAUGHTER, JR.
Trustee Name: Richard M. Fogel

**Balance on hand:**  $              4,498.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $         0.00
Remaining balance:  $     4,498.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 1,150.00 | 0.00 | 1,150.00 |
| Trustee, Expenses - Richard M. Fogel | 3.29 | 0.00 | 3.29 |

Total to be paid for chapter 7 administrative expenses:  $     1,153.29
Remaining balance:  $     3,345.66

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:  $     3,345.66

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,330.32 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | INTERNAL REVENUE SERVICE | 6,330.32 | 0.00 | 3,345.66 |

UST Form 101-7-TFR(5/1/2011)

|  | Total to be paid for priority claims: | $ | 3,345.66 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $236,688.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | INTERNAL REVENUE SERVICE | 1,051.48 | 0.00 | 0.00 |
| 2 | Real Time Resolutions, Inc. | 202,447.57 | 0.00 | 0.00 |
| 3 | AmeriCredit Financial Services, Inc.,dba GM Financial | 11,827.66 | 0.00 | 0.00 |
| 4 | Verizon by American InfoSource LP as agent | 230.28 | 0.00 | 0.00 |
| 5 | Quantum3 Group LLC as agent for Wollemi Acquisitions LLC | 20,792.27 | 0.00 | 0.00 |
| 6 | PYOD, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services | 339.22 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $1,045.92 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 7 | Army & Air Force Exchange Services Attention: GC-G | 1,045.92 | 0.00 | 0.00 |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**