UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ) Case No. 17-27277
)
Slaughter, Michael C., Jr. )
)
)
)
)
Debtor(s) )

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Richard M. Fogel</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:00 a.m. on January 15, 2019, in Courtroom 619**, Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  December 20, 2018     By:  /s/ Richard M. Fogel
                                      Trustee

Richard M. Fogel
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, IL 60654
312-276-1334

**UST Form 101-7-NFR (10/1/2010)**

{4273 NTC A0501109.DOC}
79525065.v1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: SLAUGHTER, MICHAEL C., JR.  § Case No. 17-27277
§
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of: | $ 4,600.00 |
| and approved disbursements of: | $ 101.05 |
| leaving a balance on hand of[1]: | $ 4,498.95 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 4,498.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Richard M. Fogel | 1,150.00 | 0.00 | 1,150.00 |
| Trustee, Expenses - Richard M. Fogel | 3.29 | 0.00 | 3.29 |

Total to be paid for chapter 7 administrative expenses:   $ 1,153.29
Remaining balance:   $ 3,345.66

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,345.66 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,330.32 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | INTERNAL REVENUE SERVICE | 6,330.32 | 0.00 | 3,345.66 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 3,345.66 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $236,688.48 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | INTERNAL REVENUE SERVICE | 1,051.48 | 0.00 | 0.00 |
| 2 | Real Time Resolutions, Inc. | 202,447.57 | 0.00 | 0.00 |
| 3 | AmeriCredit Financial Services, Inc.,dba GM Financial | 11,827.66 | 0.00 | 0.00 |
| 4 | Verizon by American InfoSource LP as agent | 230.28 | 0.00 | 0.00 |
| 5 | Quantum3 Group LLC as agent for Wollemi Acquisitions LLC | 20,792.27 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | PYOD, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services | 339.22 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $1,045.92 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Army & Air Force Exchange Services Attention: GC-G | 1,045.92 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ Richard M. Fogel
Trustee

Richard M. Fogel
321 N. Clark St. #800
Chicago, IL 60654
(312) 276-1334
rfogel@foxrothschild.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Michael C Slaughter, Jr.  
    Debtor

Case No. 17-27277-DRC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: cpatterso     Page 1 of 1     Date Rcvd: Dec 21, 2018  
                       Form ID: pdf006     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.
```
db             +Michael C Slaughter, Jr.,    1416 West Irving Park Road,    Apt 3W,    Chicago, IL 60613-4821
26123301      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,,    dba GM Financial,
                P O Box 183853,    Arlington, TX 76096)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
26533342       E-mail/Text: BankruptcyNotices@aafes.com Dec 22 2018 03:01:36
                Army & Air Force Exchange Services,    Attention: GC-G,    3911 S. Walton Walker Blvd.,
                Dallas, TX 75236
26002424       E-mail/Text: cio.bncmail@irs.gov Dec 22 2018 03:01:43      INTERNAL REVENUE SERVICE,
                PO BOX 21126,    PHILADELPHIA, PA 19114
26340991      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 22 2018 03:27:11
                PYOD, LLC its successors and assigns as assignee,    of FNBM, LLC,    Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
26336480       E-mail/Text: bnc-quantum@quantum3group.com Dec 22 2018 03:02:09
                Quantum3 Group LLC as agent for,    Wollemi Acquisitions LLC,    PO Box 788,,
                Kirkland, WA 98083-0788
26171728       E-mail/Text: bkdepartment@rtresolutions.com Dec 22 2018 03:02:44
                Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                Dallas, Texas 75247-4029
26289538      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 22 2018 03:27:56      Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 6
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2018 at the address(es) listed below:
```
              Cari A Kauffman    on behalf of Creditor   Quantum3 Group, LLC as agent for Wollemi Acquisitions,
               LLC ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com
              David S Aschinberg    on behalf of Debtor 1 Michael C Slaughter, Jr. aschinberglaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com, il72@ecfcbis.com
              Richard M. Fogel    rfogel@foxrothschild.com, il72@ecfcbis.com
                                                                                               TOTAL: 5
```