**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SLAUGHTER, MICHAEL C., JR. § Case No. 17-27277
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $209,420.65 *(without deducting any secured claims)* | Assets Exempt: $7,207.89 |
| Total Distributions to Claimants: $3,345.66 | Claims Discharged Without Payment: $294,242.91 |
| Total Expenses of Administration: $1,254.34 | |

    3) Total gross receipts of $4,600.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,600.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $26,069.68 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,254.34 | $1,254.34 | $1,254.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $4,505.14 | $6,330.32 | $6,330.32 | $3,345.66 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $292,803.90 | $237,734.40 | $237,734.40 | $0.00 |
| **TOTAL DISBURSEMENTS** | $323,378.72 | $245,319.06 | $245,319.06 | $4,600.00 |

4) This case was originally filed under chapter 7 on 09/12/2017. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    03/11/2019    By: /s/ Richard M. Fogel
                               Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| AUTOMOBILES AND OTHER VEHICLES | 1129-000 | $4,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,600.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Ally Payment Processing Center | 4110-000 | $2,985.00 | NA | NA | NA |
| N/F | Hd Credit | 4110-000 | $23,084.68 | NA | NA | NA |
| | **TOTAL SECURED** | | **$26,069.68** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $1,150.00 | $1,150.00 | $1,150.00 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $3.29 | $3.29 | $3.29 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $1.05 | $1.05 | $1.05 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $100.00 | $100.00 | $100.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,254.34 | $1,254.34 | $1,254.34 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | INTERNAL REVENUE SERVICE | 5800-000 | $4,505.14 | $6,330.32 | $6,330.32 | $3,345.66 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $4,505.14 | $6,330.32 | $6,330.32 | $3,345.66 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | INTERNAL REVENUE SERVICE | 7100-000 | NA | $1,051.48 | $1,051.48 | $0.00 |
| 2 | Real Time Resolutions, Inc. | 7100-000 | $202,256.14 | $202,447.57 | $202,447.57 | $0.00 |
| 3 | AmeriCredit Financial Services, Inc.,dba GM Financial | 7100-000 | $11,828.00 | $11,827.66 | $11,827.66 | $0.00 |
| 4 | Verizon by American InfoSource LP as agent | 7100-000 | $600.00 | $230.28 | $230.28 | $0.00 |
| 5 | Quantum3 Group LLC as agent for Wollemi Acquisitions LLC | 7100-000 | $21,238.25 | $20,792.27 | $20,792.27 | $0.00 |
| 6 | PYOD, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services | 7100-000 | $373.00 | $339.22 | $339.22 | $0.00 |
| 7 | Army & Air Force Exchange Services Attention: GC-G | 7200-000 | NA | $1,045.92 | $1,045.92 | $0.00 |
| N/F | 1C SYSTEM INC | 7100-000 | $977.00 | NA | NA | NA |
| N/F | AT&T Wireless Services Inc. | 7100-000 | $635.68 | NA | NA | NA |
| N/F | COMMONWEALTH EDISON CO | 7100-000 | $104.93 | NA | NA | NA |
| N/F | Chrysler Capital | 7100-000 | $9,885.25 | NA | NA | NA |
| N/F | DIRECTV | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | First Premier Bank | 7100-000 | $365.00 | NA | NA | NA |
| N/F | GEICO ATTN: Region 3 Underwriting | 7100-000 | $758.32 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Gm Financial | 7100-000 | $11,827.00 | NA | NA | NA |
| N/F | Hd Credit | 7100-000 | $23,084.68 | NA | NA | NA |
| N/F | Health Lab | 7100-000 | $71.84 | NA | NA | NA |
| N/F | Laurie Schumacher | 7100-000 | $225.00 | NA | NA | NA |
| N/F | Military Star | 7100-000 | $1,030.00 | NA | NA | NA |
| N/F | Military Star | 7100-000 | $770.00 | NA | NA | NA |
| N/F | Militarystar | 7100-000 | $775.74 | NA | NA | NA |
| N/F | NORTHWESTERN MEDICINE | 7100-000 | $263.82 | NA | NA | NA |
| N/F | Navy Federal Credit Union | 7100-000 | $507.70 | NA | NA | NA |
| N/F | People's Gas Light & Coke Company | 7100-000 | $200.00 | NA | NA | NA |
| N/F | RENTDEBT AUTOMATED COLLECTION | 7100-000 | $1,631.00 | NA | NA | NA |
| N/F | State of Colorado High-Performance | 7100-000 | $28.45 | NA | NA | NA |
| N/F | USAA | 7100-000 | $829.20 | NA | NA | NA |
| N/F | VA CHICAGO HEALTH CARE SYSTEM | 7100-000 | $37.90 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$292,803.90** | **$237,734.40** | **$237,734.40** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**Form 1**

Exhibit 8

# Individual Estate Property Record and Report

Page: 1

## Asset Cases

Case No.: 17-27277  
Case Name: SLAUGHTER, MICHAEL C.JR.  
For Period Ending: 03/11/2019

Trustee Name: (330720) Richard M. Fogel  
Date Filed (f) or Converted (c): 09/12/2017 (f)  
§ 341(a) Meeting Date: 10/17/2017  
Claims Bar Date: 01/18/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | HOUSEHOLD GOODS AND FURNISHING<br>EXEMPT | 1,000.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>Savings account: USAA- EXEMPT | 10.92 | 0.00 | | 0.00 | FA |
| 3 | AUTOMOBILES AND OTHER VEHICLES<br>2011 Jeep Grand Cherokee, 80000 miles- Trustee was authorized to sell right, title and interest in equity in vehicle to debtor on installment basis per o/c 11-28-17 | 12,000.00 | 5,815.00 | | 4,600.00 | FA |
| 4 | BANK ACCOUNTS<br>Checking account: Navy Federal Credit Union- INCONSEQUENTIAL VALUE | (155.24) | 0.00 | | 0.00 | FA |
| 5 | ELECTRONICS<br>Television, lap top, smart phone- EXEMPT | 350.00 | 0.00 | | 0.00 | FA |
| 6 | AUTOMOBILES AND OTHER VEHICLES<br>2016 Harley Softail Motorcycle- FULLY ENCUMBERED | 15,000.00 | 0.00 | | 0.00 | FA |
| 7 | WEARING APPAREL<br>EXEMPT | 500.00 | 0.00 | | 0.00 | FA |
| 8 | CASH<br>EXEMPT | 20.00 | 0.00 | | 0.00 | FA |
| 9 | BANK ACCOUNTS<br>Checking account: USAA- EXEMPT | 1,925.94 | 0.00 | | 0.00 | FA |
| 10 | FIREARMS<br>3030 Marlin Rifle- EXEMPT | 200.00 | 0.00 | | 0.00 | FA |
| 11 | BANK ACCOUNTS<br>Savings account: Navy Federal Credit Union- EXEMPT | 1.03 | 0.00 | | 0.00 | FA |
| 12 | RESIDENCE, BUILDING, LAND<br>4960 Hwy 140 W, Puryear, TN: Listed by mistake. Schedule amended 9-29-17. | 190,568.00 | 0.00 | | 0.00 | FA |
| **12** | **Assets Totals (Excluding unknown values)** | **$221,420.65** | **$5,815.00** | | **$4,600.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/18- Trustee was authorized to settle dispute with debtor regarding non-exempt property. Final installment payment is due September 2018.

**Initial Projected Date Of Final Report (TFR):** 12/31/2018    **Current Projected Date Of Final Report (TFR):** 12/20/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-27277 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | SLAUGHTER, MICHAEL C.JR. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7588 | Account #: | ******3800 Checking |
| For Period Ending: | 03/11/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/01/17 | {3} | Michael Slaughter | Initial payment for equity in vehicle, per o/c 11-28-17 | 1129-000 | 1,000.00 | | 1,000.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 990.00 |
| 01/02/18 | {3} | Michael C Slaughter | Installment payment | 1129-000 | 360.00 | | 1,350.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,340.00 |
| 02/02/18 | {3} | Michael C Slaughter | Installment payment | 1129-000 | 360.00 | | 1,700.00 |
| 02/08/18 | 101 | International Sureties, Ltd. | 2018 bond premium #016073584 | 2300-000 | | 1.05 | 1,698.95 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,688.95 |
| 03/02/18 | {3} | Michael C Slaughter | Installment payment | 1129-000 | 360.00 | | 2,048.95 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,038.95 |
| 04/02/18 | {3} | Michael Slaughter | Installment payment | 1129-000 | 360.00 | | 2,398.95 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,388.95 |
| 05/03/18 | {3} | Michael Slaughter | Installment payment | 1129-000 | 360.00 | | 2,748.95 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,738.95 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,728.95 |
| 07/11/18 | {3} | Michael Slaughter | Installment payment | 1129-000 | 360.00 | | 3,088.95 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,078.95 |
| 08/03/18 | {3} | Michael Slaughter | Installment payment | 1129-000 | 360.00 | | 3,438.95 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,428.95 |
| 09/18/18 | {3} | Michael Slaughter | Installment payment | 1129-000 | 360.00 | | 3,788.95 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,783.95 |
| 10/03/18 | {3} | Michael Slaughter | Final payment | 1129-000 | 720.00 | | 4,503.95 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 4,498.95 |
| 01/16/19 | 102 | Richard M. Fogel | Combined trustee compensation & expense dividend payments. | | | 1,153.29 | 3,345.66 |
| | | | Claims Distribution - Mon, 11-05-2018         $1,150.00 | 2100-000 | | | 3,345.66 |
| | | | Claims Distribution - Mon, 11-05-2018 | 2200-000 | | | 3,345.66 |
| | | | **Page Subtotals:** | | **$4,600.00** | **$1,254.34** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                                        ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-27277 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | SLAUGHTER, MICHAEL C.JR. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7588 | Account #: | ******3800 Checking |
| For Period Ending: | 03/11/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  |  | $3.29 |  |  |  |  |
| 01/16/19 | 103 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 52.85% of $6,330.32; Claim # 1P; Filed: $6,330.32 | 5800-000 |  | 3,345.66 | 0.00 |

|  | COLUMN TOTALS | 4,600.00 | 4,600.00 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CDs | 0.00 | 0.00 |  |
|  | **Subtotal** | **4,600.00** | **4,600.00** |  |
|  | Less: Payments to Debtors |  | 0.00 |  |
|  | **NET Receipts / Disbursements** | **$4,600.00** | **$4,600.00** |  |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)                                    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-27277 | **Trustee Name:** | Richard M. Fogel (330720) | |
| **Case Name:** | SLAUGHTER, MICHAEL C.JR. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***7588 | **Account #:** | ******3800 Checking | |
| **For Period Ending:** | 03/11/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3800 Checking | $4,600.00 | $4,600.00 | $0.00 |
| | **$4,600.00** | **$4,600.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)